IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP L WILLYARD
ADC #152418                                                                                          PLAINTIFF

v.                          Case No. 5:14-cv-00093-KGB

RAY HOBBS, Director,
Arkansas Department of Correction                                                DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that plaintiff Phillip L. Willyard's petition for writ of *habeas corpus* is dismissed with prejudice.

.      SO ADJUDGED this 23rd day of March, 2015.

_____
Kristine G. Baker
United States District Judge